HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SMARTTALENT LLC,<br><br>　　　　　　　Defendant. | CASE NO. 2:22-cv-01102-RSM<br><br>STIPULATION AND ORDER REGARDING DEADLINE TO ANSWER OR OTHERWISE RESPOND AND BRIEFING SCHEDULE |

**STIPULATION**

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff Equal Employment Opportunity Commission and Defendant SmartTalent LLC, by and through their undersigned counsel and without waiving any rights, claims, or defenses they have in this action, hereby stipulate to a continuance for Defendant to answer or otherwise respond to the Complaint. In support of this stipulation, the Parties state as follows:

WHEREAS, Plaintiff filed the Complaint on August 5, 2022 ("Complaint") (Dkt. 1);

WHEREAS, Plaintiff served the Complaint on Defendants on August 22, 2022 (Dkt. 4);

STIPULATION AND ORDER
REGARDING DEADLINE TO ANSWER
OR OTHERWISE RESPOND AND
BRIEFING SCHEDULE -1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Defendant's response to the Complaint is due to be filed by September 12, 2022;

WHEREAS, the Parties have stipulated and agreed to extend Defendant's time to answer or otherwise respond to the Complaint until October 3, 2022;

WHEREAS, the Parties have stipulated and agreed that should Defendant respond to the Complaint by filing a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure, this motion shall be noted for consideration no earlier than November 18, 2022, that Plaintiff's opposition thereto may be filed by November 14, 2022, and that Defendant's Reply may be filed by November 18, 2022.

THEREFORE, it is hereby stipulated and agreed that, subject to Court approval, Defendant shall file its answer or otherwise respond to the Complaint by October 3, 2022, and should Defendant respond to the Complaint by filing a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure, Plaintiff's opposition thereto shall be filed by November 14, 2022 and Defendant's Reply shall be filed by November 18, 2022.

Defendant does not waive any defenses by entering into this stipulation.  A proposed form of order is attached.

IT IS SO STIPULATED, THROUGH COUNSEL, OF RECORD.

STIPULATION AND ORDER
REGARDING DEADLINE TO ANSWER
OR OTHERWISE RESPOND AND
BRIEFING SCHEDULE -2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED September 12, 2022 | GORDON REES SCULLY MANSUKHANI, LLP |

By: *s/ Daniel O. Culicover*
    Saran N. Turner, WSBA #34471
    Daniel O. Culicover, WSBA #55085
    Gordon Rees Scully Mansukhani, LLP
    701 Fifth Avenue, Suite 2100
    Seattle, WA 98104
    Phone:   (206) 695-5115
    E-Mail: sturner@grsm.com
              dculicover@grsm.com

<u>Attorneys for Defendant</u>:
SmartTalent LLC

DATED September 12, 2022    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: *s/*
    Roberta L. Steele, Regional Attorney
    San Francisco District Office
    450 Golden Gate Ave, 5th Floor West
    P.O. Box 36025
    San Francisco, CA 94102
    Telephone (415) 522-3150
    roberta.steele@eeoc.gov

By:
    Damien A. Lee
    Supervisory Trial Attorney
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    Seattle Field Office 909 First Avenue, Suite 400
    Seattle, WA 98104-1061
    Telephone (206) 576-3038
    damien.lee@eeoc.gov

By: *s/ Teri Healy (per email 9/12/22 email authority)*
    Teri Healy
    Senior Trial Attorney
    Seattle Field Office
    909 1st Avenue, Suite 400
    Seattle, Washington 98104-1061
    Telephone (206) 576-3018
    Facsimile (206) 220-6196
    teri.healy@eeoc.gov

STIPULATION AND ORDER REGARDING DEADLINE TO ANSWER OR OTHERWISE RESPOND AND BRIEFING SCHEDULE -3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

By: *s/*_____
Clive Pontusson
Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 576-3042
Facsimile (206) 220-6196
clive.pontusson@eeoc.gov

Attorneys for Plaintiff

## ORDER

Based on the foregoing stipulated motion of the parties, and good cause appearing, therefore, IT IS HEREBY ORDERED THAT the case schedule be amended as follows:

1. That Defendant SmartTalent LLC shall answer or otherwise respond to the Complaint on or before October 3, 2022

2. Should Defendant SmartTalent LLC respond to Complaint with a motion to dismiss, Plaintiff's Opposition to the motion to dismiss is due November 14, 2022 and Defendant's Reply shall be filed by November 18, 2022.

DATED this 13th day of September, 2022.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

ATTORNEYS FOR DEFENDANT SMARTTALENT LLC

By: *s/ Daniel O. Culicover*_____
Saran N. Turner, WSBA #34471
Daniel O. Culicover, WSBA #55085

STIPULATION AND ORDER
REGARDING DEADLINE TO ANSWER
OR OTHERWISE RESPOND AND
BRIEFING SCHEDULE -4

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

|   |   |
|---|---|
| 1 | Gordon Rees Scully Mansukhani, LLP |
| 2 | 701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104 |
| 3 | Phone:     (206) 695-5115<br>E-Mail: sturner@grsm.com |
| 4 |        dculicover@grsm.com |

ATTORNEYS FOR PLAINTIFF

By:*s/*_____
   Roberta L. Steele, Regional Attorney
   San Francisco District Office
   450 Golden Gate Ave, 5th Floor West
   P.O. Box 36025
   San Francisco, CA 94102
   Telephone (415) 522-3150
   roberta.steele@eeoc.gov

By:*s/*_____
   Damien A. Lee
   Supervisory Trial Attorney
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   Seattle Field Office 909 First Avenue, Suite 400
   Seattle, WA 98104-1061
   Telephone (206) 576-3038
   damien.lee@eeoc.gov

By:*s/ Teri Healy (per email 9/12/22 email authority)*
   Teri Healy
   Senior Trial Attorney
   Seattle Field Office
   909 1st Avenue, Suite 400
   Seattle, Washington 98104-1061
   Telephone (206) 576-3018
   Facsimile (206) 220-6196
   teri.healy@eeoc.gov

By:*s/*_____
    Clive Pontusson
    Trial Attorney
    Seattle Field Office
    909 1st Avenue, Suite 400
    Seattle, Washington 98104-1061
    Telephone (206) 576-3042
    Facsimile (206) 220-6196
    clive.pontusson@eeoc.gov

| | |
|---|---|
| STIPULATION AND ORDER REGARDING DEADLINE TO ANSWER OR OTHERWISE RESPOND AND BRIEFING SCHEDULE -5 | **GORDON REES SCULLY MANSUKHANI, LLP**<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA  98104<br>Telephone: (206) 695-5115<br>Facsimile: (206) 689-2822 |