1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF WASHINGTON
7                                AT SEATTLE

8                                         )
    EQUAL EMPLOYMENT                       )      CASE NO. 2:22-cv-01102-RSM
9   OPPORTUNITY COMMISSION,                )
                                          )
10               Plaintiff,                )      STIPULATION AND
          v.                              )      ORDER REGARDING TIME PERIOD
11                                        )      APPLICABLE TO CLAIMS ON BEHALF
    SMARTTALENT LLC                        )      OF AGGRIEVED INDIVIDUALS AND
12                                        )      DEFENDANT'S MOTION TO DISMISS
                 Defendant,                )
13  _____ )

14

15        Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff U.S. Equal Employment

16   Opportunity Commission (the "EEOC") and Defendant SmartTalent LLC ("SmartTalent")

17   (collectively, the "Parties") hereby stipulate as follows:

18        WHEREAS, the EEOC's Complaint prays for relief on behalf of a class of aggrieved

19   female workers (Dkt. #1 at 5–6, ¶¶ C–F);

20        WHEREAS, SmartTalent filed a partial motion to dismiss concerning class members

21   whose claims arose more than 300 days before Charge No. 551-2016-01073 was filed with the

22   EEOC (Dkt. # 9);

23   Stip. & Order Re:
     Time Period Applicable to Claims
     and Defendant's Motion to Dismiss
     Case No. 2:22-cv-01102-RSM
     Page 1 of 3

1    NOW THEREFORE, in the interest of avoiding wasting judicial resources on

2 unnecessary motion practice, for the purposes of this lawsuit only, and without waiving any of

3 SmartTalent's defenses to the claims and allegations herein, the Parties hereby stipulate and

4 agree to the following:

5    1.    The class of aggrieved female workers on whose behalf the EEOC is seeking

6 relief is limited to those individuals who have a claim that arose no earlier than June 5, 2015; and

7    2.    This stipulation renders SmartTalent's motion to dismiss, Dkt. # 9, moot.

8 A proposed form of order is attached.

9 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

10 Dated this 11th day of October, 2022

11

12    EQUAL EMPLOYMENT                    GORDON REES SCULLY
      OPPORTUNITY COMMISSION              MANSUKHANI, LLP

13 BY:  */s/ Amos B. Blackman*       BY:  */s/ Sarah N. Turner (per email authority)*
      AMOS B. BLACKMAN                    SARAH N. TURNER (WSBA No. 37748)
14    Senior Trial Attorney               DANIEL O. CULICOVER (WSBA No.
                                          55085)
15    Seattle Field Office                Gordon Rees Scully Mansukhani, LLP
      909 First Avenue, Suite 400         701 Fifth Avenue, Suite 2100
16    Seattle, Washington 98104           Seattle, WA 98104
      Telephone (206) 576-3027            Telephone: (206) 695-5115
17    Facsimile (206) 220-6911            Email: sturner@grsm.com
      Email: amos.blackman@eeoc.gov
18

19    *For Plaintiff*                     *For Defendant*

20

21

22

23
Stip. & Order Re:
Time Period Applicable to Claims
and Defendant's Motion to Dismiss
Case No. 2:22-cv-01102-RSM
Page 2 of 3

## __ORDER__

Based on the foregoing stipulation of the parties, and good cause appearing, therefore, IT IS HEREBY ORDERED THAT:

1.      The class of aggrieved female workers on whose behalf Plaintiff Equal Employment Opportunity Commission is seeking relief is limited to those individuals who have a claim that arose no earlier than June 5, 2015; and

2.      Defendant SmartTalent LLC's motion to dismiss, Dkt. # 9, is hereby DENIED with prejudice as moot.

DATED this 13th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Stip. & Order Re:
Time Period Applicable to Claims
and Defendant's Motion to Dismiss
Case No. 2:22-cv-01102-RSM
Page 3 of 3