UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SMARTTALENT LLC,<br><br>　　　　　　　　Defendant. | CASE NO. 2:22-cv-01102-RSM<br><br>ANSWER TO COMPLAINT |

Defendant SmartTalent LLC answers Plaintiff's Complaint as follows:

Pursuant to the STIPULATION AND ORDER REGARDING TIME PERIOD APPLICABLE TO CLAIMS ON BEHALF OF AGGRIEVED INDIVIDUALS AND DEFENDANT'S MOTION TO DISMISS (Dkt. No. 14), Defendant generally denies liability arising from Plaintiff's allegations relating to activity occurring earlier than June 5, 2015.

**JURISDICTION AND VENUE**

1.　The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Defendant admits to this Court's jurisdiction.

SMARTTALENT LLC'S
ANSWER TO COMPLAINT – 1
(Case No. 2:22-cv-01102)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

2.  Defendant admits the employment practices described occurred in the jurisdiction of the United States District Court for the Western District of Washington. Defendant denies the remaining allegations in this paragraph.

## PARTIES

3.  Admit.

4.  Admit.

5.  Admit.

6.  The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

## ADMINISTRATIVE PROCEDURES

7.  Admit.

8.  Defendant admits the Commission issued an administrative determination to Defendant on or about February 26, 2020. Defendant admits the Commission stated it had reasonable cause to believe Defendant violated Title VII. Defendant admits the Commission invited Defendant to participate in informal methods of conciliation. Defendant denies it engaged in any unlawful employment practices. Defendant denies any remaining allegations in this paragraph.

9.  Defendant admits the Commission made further communications to Defendant after February 26, 2020. Defendant denies it engaged in any discriminatory practices described in the EEOC's Letter of Determination. Defendant denies any remaining allegations in this paragraph.

10. Defendant admits the parties did not reach a conciliation agreement. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and denies the allegations in this paragraph on that basis.

11. Admit.

SMARTTALENT LLC'S
ANSWER TO COMPLAINT – 2
(Case No. 2:22-cv-01102)

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1  12. The allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

## STATEMENT OF CLAIMS

13. Defendant denies the allegations in this paragraph.

14. Defendant denies the allegations in this paragraph.

15. Defendant admits that on very few occasions, a client of Defendant would send emails with the statements alleged by the Commission and that these emails speak for themselves. Defendant denies that it fulfilled its clients' requests by providing workers of the requested sex. Defendant denies that it discriminated on the basis of sex. Defendant denies the remaining allegations in this paragraph.

16. Defendant admits that on very few occasions, a client of Defendant would send emails with statements seeking workers of a specific sex, that some of these emails were forwarded by Defendant's recruiters, and that these emails speak for themselves. Defendant denies that it fulfilled its clients' requests by providing workers of the requested sex. Defendant denies that it discriminated on the basis of sex. Defendant denies the remaining allegations in this paragraph.

17. Defendant admits that on very few occasions, a client of Defendant would send emails with statements seeking workers of a specific sex, that some of these emails were forwarded by Defendant's recruiters, and that these emails speak for themselves. Defendant denies that it fulfilled its clients' requests by providing workers of the requested sex. Defendant denies that it discriminated on the basis of sex. Defendant denies the remaining allegations in this paragraph.

18. Defendant admits that on very few occasions, branch managers received emails from clients seeking workers of a specific sex, that some of the branch managers forwarded these emails internally, and that these emails speak for themselves. Defendant denies that it fulfilled its

SMARTTALENT LLC'S
ANSWER TO COMPLAINT – 3
(Case No. 2:22-cv-01102)

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1  clients' requests by providing workers of the requested sex. Defendant denies that it
2  discriminated on the basis of sex. Defendant denies the remaining allegations in this paragraph.

3        19.      Defendant admits that on very few occasions, clients sent emails with statements
4  seeking workers of a specific sex, that some of these emails were forwarded by Defendant's
5  recruiters, and that these emails speak for themselves. Defendant denies that it fulfilled its
6  clients' requests by providing workers of the requested sex. Defendant denies that it
7  discriminated on the basis of sex. Defendant denies the remaining allegations in this paragraph.

8        20.      Defendant denies that it placed male workers in positions instead of female
9  workers to comply with the sex-based requests of its clients. Defendant denies that it fulfilled its
10 clients' requests by providing workers of the requested sex. Defendant admits that only by
11 coincidence, were male workers placed with clients who requested male workers. Defendant
12 denies that it discriminated on the basis of sex. Defendant denies the remaining allegations in this
13 paragraph.

14       21.      Defendant denies the allegations in this paragraph.

15       22.      Defendant lacks knowledge or information sufficient to form a belief about the
16 truth of the allegations in this paragraph, and denies the allegations in this paragraph on that
17 basis.

18       23.      Defendant lacks knowledge or information sufficient to form a belief about the
19 truth of the allegations in this paragraph, and denies the allegations in this paragraph on that
20 basis.

21       24.      Defendant lacks knowledge or information sufficient to form a belief about the
22 truth of the allegations in this paragraph, and denies the allegations in this paragraph on that
23 basis.

24       25.      Defendant admits a branch manager violated Defendant's policies and procedures
25 by sending an email with the statements alleged by the Commission on April 24, 2015 and that
26

SMARTTALENT LLC'S
ANSWER TO COMPLAINT – 4
(Case No. 2:22-cv-01102)

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1  this email speaks for itself. Defendant denies that it fulfilled its clients' requests by providing
2  workers of the requested sex. Defendant denies that it discriminated on the basis of sex.
3  Defendant denies it is liable for violations of Civil Rights Act of 1964 or Civil Rights Act of
4  1991 on the basis of this April 24, 2015 email because Plaintiff's claims are limited to those
5  individuals who have a claim that arose no earlier than June 5, 2015. Defendant denies the
6  remaining allegations in this paragraph.

7  26.   Defendant lacks knowledge or information sufficient to form a belief about the
8  truth of the allegations in this paragraph, and denies the allegations in this paragraph on that
9  basis.

10  27.   Defendant lacks knowledge or information sufficient to form a belief about the
11  truth of the allegations in this paragraph, and denies the allegations in this paragraph on that
12  basis.

13  28.   Defendant lacks knowledge or information sufficient to form a belief about the
14  truth of the allegations in this paragraph, and denies the allegations in this paragraph on that
15  basis. Defendant further denies that it would ever take the position that females did not belong in
16  a warehouse.

17  29.   Defendant lacks knowledge or information sufficient to form a belief about the
18  truth of the allegations in this paragraph, and denies the allegations in this paragraph on that
19  basis.

20  30.   Defendant lacks knowledge or information sufficient to form a belief about the
21  truth of the allegations in this paragraph, and denies the allegations in this paragraph on that
22  basis.

23  31.   Defendant lacks knowledge or information sufficient to form a belief about the
24  truth of the allegations in this paragraph, and denies the allegations in this paragraph on that
25  basis.

26

SMARTTALENT LLC'S
ANSWER TO COMPLAINT – 5
(Case No. 2:22-cv-01102)

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

32. Defendant denies that the course of conduct alleged in paragraphs 13-31 caused it to hire and/or assign or place female workers into certain positions with business clients at substantially lower rates compared to male workers. Defendant denies any remaining allegations in this paragraph.

33. Deny.

34. Deny.

35. Deny.

36. Deny.

### PRAYER FOR RELIEF

1. Defendant requests the Court deny all relief sought by Plaintiff as set forth in Paragraphs (A) through (H).

### DEFENDANT'S AFFIRMATIVE DEFENSES

1. The Complaint, and each and every cause of action therein, fails to state a claim upon which relief can be granted.

2. The Complaint fails to allege sufficient facts or claims to support the recovery of the damages and relief sought in the Complaint.

3. Plaintiff's claim fails on the basis of laches because the EEOC unreasonably delayed in bringing this action, unduly and severely prejudicing Defendant.

4. Plaintiff's claims relating to an alleged pattern and practice violation of Title VII fail as a matter of law because discrete instances of discrimination cannot constitute a pattern or practice.

5. Plaintiff's causes of action for alleged pattern and practice violations are untimely to the extent the alleged acts of discrimination occurred more than 300 days before the date the charge was filed and do not fall within the continuing violations doctrine.

6. Pending further discovery, some or all of Plaintiff's claims may be barred in

SMARTTALENT LLC'S
ANSWER TO COMPLAINT – 6
(Case No. 2:22-cv-01102)

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1  whole or in part by the applicable Statute of Limitations.

2      7.    Plaintiff's claims are barred to the extent they are based on factual assertions and/or theories of liability that are outside the Charges of Discrimination and the EEOC's investigation thereof, and thus, were not subject to administrative, investigative, or conciliatory processes, and/or were not included in any investigation and/or determination by the EEOC.

    8.    Prior to filing this lawsuit, the EEOC failed to make a good faith effort to conciliate the claims asserted by the allegedly aggrieved individuals against Defendant in the Complaint.

    9.    Even if the alleged discrimination occurred, Defendant did not know, nor should it have known, of the conduct alleged.

    10.    Even if the alleged discrimination occurred, Defendant took reasonable and appropriate corrective action to stop and prevent any such conduct.

    11.    Defendant took reasonable steps to prevent discrimination from occurring, but the allegedly aggrieved individuals failed to report any allegedly unlawful conduct or take advantage of any preventative or corrective opportunities provided.

    12.    Defendant has a readily accessible and effective policy for reporting and resolving complaints of discrimination and/or harassment, and the allegedly aggrieved individuals unreasonably failed to avail themselves of those preventative-remedial policies.

    13.    While Defendant denies that its employees, officers, or agents acted in any manner that would constitute a violation of Title VII, if any such violation occurred, it occurred outside the scope of employment or agency and without Defendant's consent. Defendant did not authorize, condone, ratify, or tolerate any conduct that would violate Title VII, but instead prohibited such acts and such conduct may not be attributed to Defendant through principles of agency, respondeat superior, or otherwise.

    14.    The EEOC's claims for punitive damages on behalf of allegedly aggrieved

SMARTTALENT LLC'S
ANSWER TO COMPLAINT – 7
(Case No. 2:22-cv-01102)

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1  individuals are barred because the alleged acts or omissions of Defendant fail to rise to the level
2  required to sustain an award of punitive damages, do not evidence a malicious, reckless, or
3  fraudulent intent to deny any protected rights, and are not so wanton or willful as to support an
4  award of punitive damages.

5      15.     The relief sought by the EEOC and/or any allegedly aggrieved individual is
6  limited by the statutory cap on damages set forth in 42 U.S.C. § 1981a.

7      16.     To the extent that any or all allegedly aggrieved individuals on whose behalf the
8  EEOC sues have brought claims in another forum, such allegedly aggrieved individuals cannot
9  recover multiple times for the same alleged injuries.

10     17.     The relief sought by the EEOC and/or any allegedly aggrieved individual is
11 barred, in whole or in part, by their failure to mitigate damages.

12     18.     To the extent that any allegedly aggrieved individual on whose behalf the EEOC
13 asserts a claim has entered into a settlement agreement and release with Defendant and received
14 consideration, any and all claims that the EEOC bring on behalf of such individual against
15 Defendant, including without limitation, the claims alleged herein, are barred in their entirety.

16     19.     Plaintiff's injuries and damages, if any, were caused or contributed to by the acts,
17 omissions, breaches of contract or legal duties, and/or misconduct of third parties, over whom
18 Defendant had no control.

19     20.     Plaintiff's claims and damages are barred in whole or in part because Defendant
20 acted in good faith and with proper justification at all relevant times.

21     21.     Plaintiff's claims are barred because all of Defendant's actions were taken solely
22 for legitimate business-related reasons.

23     22.     Plaintiff's claims are barred in whole or in part by contributory and/or
24 comparative negligence, waiver, consent, estoppel, and/or unclean hands.

25     23.     Defendant took prompt remedial action to address any allegedly improper conduct

SMARTTALENT LLC'S
ANSWER TO COMPLAINT – 8
(Case No. 2:22-cv-01102)

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1  by any of its employees.

2      24.    Defendant reserve their right to amend this Answer to allege additional affirmative defenses and other relief pursuant to discovery in this case.

Dated: October 31, 2022.

GORDON REES SCULLY MANSUKHANI, LLP

By:   *s/ Sarah N. Turner*
       Sarah N. Turner, WSBA #34471
       Daniel O. Culicover, WSBA #55085

Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5115
Fax: (206) 689-2822
sturner@grsm.com
dculicover@grsm.com

*Attorneys for Defendant SMARTTALENT LLC*

SMARTTALENT LLC'S
ANSWER TO COMPLAINT – 9
(Case No. 2:22-cv-01102)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification to the following:

>Roberta L. Steele, Regional Attorney
>roberta.steele@eeoc.gov
>Damien A. Lee, Supervisory Trial Attorney
>damien.lee@eeoc.gov
>Teri Healy, Senior Trial Attorney
>teri.healy@eeoc.gov
>Clive Pontusson, Trial Attorney
>clive.pontusson@eeoc.gov

DATED: October 31, 2022.

By: *s/ Francine M. Artero*
Francine M. Artero, Legal Assistant
fartero@grsm.com

SMARTTALENT LLC'S
ANSWER TO COMPLAINT – 10
(Case No. 2:22-cv-01102)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822