UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>SMARTTALENT LLC,<br><br>                    Defendant. | NO. 2:22−cv−01102−RSM<br><br><br>ORDER ENTERING CONSENT DECREE |

## **ORDER**

The Court, having considered the stipulated Consent Decree of the parties filed concurrently herewith, HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the consent decree approved herein until it expires according to its terms.

IT IS SO ORDERED

DATED this 6th day of August 2024.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

Presented by:

ROBERTA STEELE                          KARLA GILBRIDE
Regional Attorney                        General Counsel

Damien Lee                              CHRISTOPHER LAGE
Assistant Regional Attorney              Deputy General Counsel

Brian Hong                              EQUAL EMPLOYMENT
Senior Trial Attorney                    OPPORTUNITY COMMISSION
                                        Office of the General Counsel
Clive Pontusson                         131 "M" Street NE, 5th Floor
Trial Attorney                           Washington, D.C. 20507

Mariko Ashley
Trial Attorney


BY: ___ */s/ Roberta Steele* _____
Roberta Steele
Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, California 94102
roberta.steele@eeoc.gov
(650) 684-0939

                    Attorneys for Plaintiff EEOC


BY: ___ */s/ Daniel Culicover* (per email authorization dates July 30, 2024)
Sarah Turner
Daniel Culicover
Gordon Rees Scully Manshukhani
701 Fifth Avenue, Suite 2100
Seattle, WA 98104

                    Attorneys for Defendant

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.


DATED this 2nd day of August, 2024

/s/ Jimmy Yen
JIMMY YEN
Paralegal Specialist
Equal Employment Opportunity
Commission
909 First Ave., Suite 400
Seattle, Washington 98104
Telephone: 206-576-3043
Fax: 206-220-6911
Email: jimmy.yen@eeoc.gov

EEOC v. SMARTTALENT LLC
2:22−cv−01102−RSM
ORDER ENTERING CONSENT DECREE – 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882