UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SMARTTALENT LLC,<br><br>　　　　　　　　　　Defendant. | CASE NO.  2:22-cv-01102-RSM<br><br>**STIPULATED MOTION TO AMEND CONSENT DECREE** |

　　　The Consent Decree in this case was entered by the Court on August 6, 2024, and it required Defendant to provide an initial training, as described in Paragraph 72, within 90 days or by November 4, 2024. (Dkt. No. 24). Pursuant to Paragraph 7 of the Consent Decree, and for good cause, the parties seek leave to amend Paragraph 72 of the Consent Decree to extend the deadline for Defendant to provide the first training from 90 days to 150 days of the Entry Date. Good cause exists for this extension. Paragraph 73 of the Consent Decree required Defendant to select an Independent Consultant to develop and conduct the trainings described in Paragraph 72 and for Defendant to deliver the Independent Consultant's training materials 30 days in advance of the initial training. After researching and interviewing potential candidates, Defendant selected an Independent Consultant, to which EEOC did not object, on October 29, 2024. Given

STIPULATED MOTION TO AMEND
CONSENT DECREE – 1
(Case No. 2:22-cv-01102)

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1  this timeline, there is insufficient time for the Independent Consultant to prepare and deliver

2  materials to the EEOC for review and comment and then provide the initial training. Thus, a 60-

3  day extension of the deadline set forth in Paragraph 72 of the Consent Decree is warranted.

4  Defendant also agrees to conduct the training required by Paragraph 72 at least six times for the

5  duration of the Consent Decree.

7  Dated: November 4, 2024

9  GORDON REES SCULLY MANSUKHANI, LLP

10 By:   *s/ Sarah N. Turner*
      Sarah N. Turner, WSBA #34471
11    Daniel O. Culicover, WSBA #55085

12 Gordon Rees Scully Mansukhani, LLP
   701 Fifth Avenue, Suite 2100
13 Seattle, WA 98104
   Phone: (206) 695-5115
14 sturner@grsm.com
   dculicover@grsm.com
15
   *Attorneys for Defendant SmartTalent LLC*
16
17 ROBERTA STEELE                           KARLA GILBRIDE
   Regional Attorney                        General Counsel
18
   Damien Lee                               CHRISTOPHER LAGE
19 Assistant Regional Attorney              Deputy General Counsel

20 Brian Hong                               EQUAL EMPLOYMENT OPPORTUNITY
   Senior Trial Attorney                    COMMISSION
21                                          Office of the General Counsel
   Clive Pontusson                          131 "M" Street NE, 5th Floor
22 Trial Attorney                           Washington, D.C. 20507
23
   Mariko Ashley
24 Trial Attorney

25

26

STIPULATED MOTION TO AMEND                GORDON REES SCULLY
CONSENT DECREE – 2                         MANSUKHANI, LLP
(Case No. 2:22-cv-01102)                   701 Fifth Avenue, Suite 2100
                                           Seattle, WA 98104
                                           Telephone: (206) 695-5115
                                           Facsimile: (206) 689-2822

1  By: */s/ Brian Hong*
2      Brian Hong
   Equal Employment Opportunity Commission
3  Seattle Field Office
   909 First Avenue, Suite 400
4  Seattle, WA 98104
   brian.hong@eeoc.gov
5  (206) 576-3044

6  *Attorneys for Plaintiff EEOC*

SO APPROVED this _____ day of _____, 2024.

_____
The Honorable Ricardo S. Martinez
Senior United States District Judge

STIPULATED MOTION TO AMEND
CONSENT DECREE – 3
(Case No. 2:22-cv-01102)

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification to the following:

>Roberta L. Steele, Regional Attorney
>roberta.steele@eeoc.gov
>Damien A. Lee, Supervisory Trial Attorney
>damien.lee@eeoc.gov
>Brian Hong, Trial Attorney
>Brian.hong@eeoc.gov
>Clive Pontusson, Trial Attorney
>clive.pontusson@eeoc.gov
>Mariko Ashley, Trial Attorney
>Mariko.ashley@eeoc.gov

DATED: November 4, 2024.

By: *s/ Jacqueline Burrell*
Jacqueline Burrell, Legal Assistant
jburrell@grsm.com

STIPULATED MOTION TO AMEND
CONSENT DECREE – 4
(Case No. 2:22-cv-01102)

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822