UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                        Plaintiff,<br><br>     vs.<br><br>SMARTTALENT LLC,<br><br>                        Defendant. | CASE NO. 2:22-cv-01102-RSM<br><br>**STIPULATED MOTION TO AMEND CONSENT DECREE** |

The Consent Decree in this case was entered by the Court on August 6, 2024, and it required Defendant to provide an initial training, as described in Paragraph 72, within 90 days or by November 4, 2024. (Dkt. No. 24). Pursuant to Paragraph 7 of the Consent Decree, and for good cause, the parties seek leave to amend Paragraph 72 of the Consent Decree to extend the deadline for Defendant to provide the first training from 90 days to 150 days of the Entry Date. Good cause exists for this extension. Paragraph 73 of the Consent Decree required Defendant to select an Independent Consultant to develop and conduct the trainings described in Paragraph 72 and for Defendant to deliver the Independent Consultant's training materials 30 days in advance of the initial training. After researching and interviewing potential candidates, Defendant selected an Independent Consultant, to which EEOC did not object, on October 29, 2024. Given

STIPULATED MOTION TO AMEND
CONSENT DECREE – 1
(Case No. 2:22-cv-01102)

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

this timeline, there is insufficient time for the Independent Consultant to prepare and deliver materials to the EEOC for review and comment and then provide the initial training. Thus, a 60-day extension of the deadline set forth in Paragraph 72 of the Consent Decree is warranted. Defendant also agrees to conduct the training required by Paragraph 72 at least six times for the duration of the Consent Decree.

Dated: November 4, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By:___*s/ Sarah N. Turner*_____
    Sarah N. Turner, WSBA #34471
    Daniel O. Culicover, WSBA #55085

Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5115
sturner@grsm.com
dculicover@grsm.com

*Attorneys for Defendant SmartTalent LLC*

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | KARLA GILBRIDE<br>General Counsel |
| Damien Lee<br>Assistant Regional Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| Brian Hong<br>Senior Trial Attorney | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Office of the General Counsel |
| Clive Pontusson<br>Trial Attorney | 131 "M" Street NE, 5th Floor<br>Washington, D.C. 20507 |
| Mariko Ashley<br>Trial Attorney | |

STIPULATED MOTION TO AMEND
CONSENT DECREE – 2
(Case No. 2:22-cv-01102)

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

By: */s/ Brian Hong*
        Brian Hong
Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
brian.hong@eeoc.gov
(206) 576-3044

*Attorneys for Plaintiff EEOC*

SO APPROVED this  15th   day of   November       , 2024.

_____
The Honorable Ricardo S. Martinez
Senior United States District Judge

STIPULATED MOTION TO AMEND
CONSENT DECREE – 3
(Case No. 2:22-cv-01102)

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification to the following:

Roberta L. Steele, Regional Attorney
roberta.steele@eeoc.gov
Damien A. Lee, Supervisory Trial Attorney
damien.lee@eeoc.gov
Brian Hong, Trial Attorney
Brian.hong@eeoc.gov
Clive Pontusson, Trial Attorney
clive.pontusson@eeoc.gov
Mariko Ashley, Trial Attorney
Mariko.ashley@eeoc.gov

DATED:  November 4, 2024.

By:    *s/ Jacqueline Burrell*
       Jacqueline Burrell, Legal Assistant
       jburrell@grsm.com

STIPULATED MOTION TO AMEND
CONSENT DECREE – 4
(Case No. 2:22-cv-01102)

**GORDON REES SCULLY**
**MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822