UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | NO. 2:22−cv−01102−RSM |
| Plaintiff, | NOTICE OF WITHDRAWAL |
| v. | |
| SMARTTALENT LLC, | |
| Defendant. | |

Clive A. Pontusson, an attorney of record for the Equal Employment Opportunity Commission in the

above-captioned matter, files this Notice of Withdrawal pursuant to L.C.R.  83.2(b)(3). The Equal

Employment Opportunity Commission will be represented by the remaining attorneys of record.

DATED this 7th day of February 2025.

EEOC v. SMARTTALENT LLC
2:22−cv−01102−RSM
NOTICE OF WITHDRAWAL OF COUNEL – 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

ROBERTA STEELE
Regional Attorney

DAMIEN A. LEE
Assistant Regional Attorney

BRIAN HONG
Senior Trial Attorney

MARIKO ASHLEY
Senior Trial Attorney

CLIVE A. PONTUSSON
Trial Attorney


BY:  */s/ Clive A. Pontusson*
CLIVE A. PONTUSSON
Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 576-3042
Facsimile (206) 220-6196
clive.pontusson@eeoc.gov

Attorneys for Plaintiff

EEOC v. SMARTTALENT LLC
2:22−cv−01102−RSM
NOTICE OF WITHDRAWAL OF COUNEL – 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 7th day of February 2025.

*/s/ Jimmy Yen*
JIMMY YEN
Paralegal Specialist
Equal Employment Opportunity Commission
909 First Ave., Suite 400
Seattle, Washington 98104
Telephone: 206-576-3043
Fax: 206-220-6911
Email: jimmy.yen@eeoc.gov

EEOC v. SMARTTALENT LLC
2:22−cv−01102−RSM
NOTICE OF WITHDRAWAL OF COUNEL – 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882